Jeffrey L. Staniels, Bar #91413
216 F Street, No. 98
Davis, CA 95616
Tel: 530-220-9770
Email: stanielslaw@dcn.org

Attorney for
Feliciano Ochoa Reyes

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>JOSE ACOSTA, et. al.<br><br>             Defendant. | No. 2:15-cr-092 GEB<br><br>**STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME**<br><br>**Date:   June 24, 2016**<br>**Time:   9:00 a.m.**<br>**Judge: Non. Garland E. Burrell, Jr.** |

   **IT IS HEREBY STIPULATED** by and among Assistant United States Attorney Christiaan Highsmith, counsel for Plaintiff, Chris Cosca, counsel for Jose Luis Aguilar, and Jeffrey L. Staniels, counsel for Feliciano Ochoa Reyes, that this case be dropped from this court's calendar for June 24, 2016, and be continued until September 16, 2016 for status.

   Mr. Staniels has recently been appointed to assume representation for Mr. Reyes.  Discovery in the case exceeds 3500 pages, is related to a second case pending before this court (for which a continuance request is being separately prepared), and involves applications, recordings and monitors' reports for four

1

1 | wiretaps.
2 |     Mr. Cosca continues to explore options and prepare the
3 | defense on behalf Of Mr. Aguilar and has not moved for severance.
4 |     Given the recency of appointment and the extent of discovery
5 | the court is requested to find that a continuance to permit new
6 | counsel to prepare outweighs the right of the defendants and the
7 | public for a speedy trial and that the length of the continuance
8 | sought is reasonable.
9 |     **IT IS SO STIPULATED.**

Respectfully submitted,

Dated:   June 21, 2016          /s/Christiaan Highsmith
                                AUSA CHRISTIAAN HIGHSMITH
                                Counsel for Plaintiff

Dated:   June 21, 2016          /s/Chris Cosca
                                CHRIS COSCA, ESQ
                                Attorney for JOSE AGUILAR

Dated:   June 21, 2016          /s/Jeffrey L. Staniels
                                JEFFREY L. STANIELS
                                Attorney for FELICIANO OCHOA REYES


**O R D E R**

The requested continuance is hereby GRANTED.  The court finds that the reason for time requested is reasonable and that the interests of justice advanced by granting this continuance outweigh the interests of the defendants and the public in a speedy trial.  This matter is continued until September 16, 2016

at 9:00 a.m. for status conference.  Time for trial under the Speedy Trial Act is excluded pursuant to 18 U.S.C. § 3161(h)(6), Local Code R(no severance), and (7)(B)(iv), Local Code T-4, (time for counsel to prepare).

**IT IS SO ORDERED.**

**Dated:  June 22, 2016**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge